Peter J. Walsh
Deputy in charge

**FILED**
HARRISBURG, PA
MAY 0 3 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: 1:CV00-0978
CR 94,558

Fred Tooley
CV 6072
P.O. Box 256
Waymart, PA.
18472

5/4/0

Dear Mr. Walsh,

Being incarcerated leaves me at a great disadvantage, I am having a great deal of problems with my lawyer and my appeal. I cannot get an answer or reply from attorney Michael T. Van der veen on the status of my petition for writ of habeas Corpus.

I do know because of Atty. Drosts negligence the petition has been dismissed. Atty. Drost let me down by not responding by Sept. 28, 2000, but the problem stands with Atty. VanderVeen because he is the Atty. my family and I hired and that we have a contract with, not Atty. Drost. My family and I put my appeal in the hands of someone that has totally let us down by not meeting deadlines and not keeping me apprised of the status of the appeal. "Now" Atty. VanderVeen was supposed to file a petition to see if this appeal could go forward because of Atty. Drost negligence -- My question is: Has there been anything filed in relation to my appeal? If so would you please send me copies of everything filed and all court responses to date. You don't know how much this means to me, I really appreciate all your help in this matter. Thank's again,

Sincerely
Fred Tooley
CV 6072