

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

*MARY E. D'ANDREA*
*Clerk of Court*

(717) 221-3920
FAX  (717) 221-3959

May 3, 2001

Fred Tooley
Inmate #cv6072
PA Dept. of Corrections
P.O. Box 256
Waymart, PA 18472-0256

**FILED**
HARRISBURG

MAY 0 3 2001

MARY E. D'ANDREA, CLERK
Per_____
          DEPUTY CLERK

Re: Tooley vs. Zimmerman, et al
    Case No. 00-CV-978

Dear Mr. Tooley:

Pursuant to your letter postmarked on 4/30/01, I have enclosed a certified copy of the docket on the above referenced case, which indicates all items and responses of the court filed since the case opening. Please note there has been no filing of an appeal in this case to date.

I hope this information has been of some assistance to you.

Very truly yours,

Marlene Campbell
Operations Clerk

cc: file