IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDERICK E. TOOLEY, :
    Petitioner
                                :
  vs.                       :   CIVIL ACTION NO. 1:CV-00-0978
                                    (Judge Caldwell)
                       :    (Magistrate Judge Smyser)
CHARLES H. ZIMMERMAN,
THE DISTRICT ATTORNEY OF :
LACKAWANNA COUNTY and
THE ATTORNEY GENERAL OF THE
COMMONWEALTH OF PENNSYLVANIA, :
    Respondents           :

FILED
HARRISBURG, PA

MAY 2 2 2001

O R D E R

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

AND NOW, this 22nd day of May, 2001, it is Ordered that Petitioner's motion to reopen his petition for writ of habeas corpus, filed May 21, 2001, (Doc. No. 14), is assigned to the magistrate judge for disposition.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 22, 2001

Re:  1:00-cv-00978   Tooley v. Zimmerman

True and correct copies of the attached were mailed by the clerk to the following:

    Andrew Jarbola
    District Attorney of Lackawanna County
    200 N. Washington Ave
    Scranton, PA  18503

    John T. Drost, Esq.
    Temple University School of Law
    Room 616
    1719 N. Broad Street
    Philadelphia, PA  19122

    Michael T. van der Veen, Esq.
    Kats, Rovner and Associates
    25 Bustleton Pike
    Feasterville, PA  19053

    Lisa A. Gillick, Esq.
    Lackawanna Co. District Attorney's Office
    200 North Washington Ave.
    Scranton, PA  18503

```
cc:
Judge                           ( )              ( ) Pro Se Law Clerk
Magistrate Judge                ( )              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )   with N/C attached to complt. and served by:
                                      U.S. Marshal ( )   Pltf's Attorney ( )
```

```
Standard Order 93-5      ( )
Order to Show Cause      ( )  with Petition attached & mailed certified mail
                              to:  US Atty Gen   ( )   PA Atty Gen ( )
                                   DA of County  ( )   Respondents ( )
Bankruptcy Court         ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: 5/22/01

BY: /s/
Deputy Clerk