*seo ar*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK E. TOOLEY, | : | CIVIL NO. **1:00-CV-0978** |
| | : | |
| Petitioner | : | (Judge Caldwell) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| CHARLES H. ZIMMERMAN, | : | |
| THE DISTRICT ATTORNEY OF | : | |
| LACKAWANNA COUNTY and | : | |
| THE ATTORNEY GENERAL OF THE | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

**FILED**
**HARRISBURG, PA**

MAY 2 5 2001

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

ORDER

AND NOW, this 25TH day of May, 2001, **IT IS HEREBY ORDERED**
that on or before June 8, 2001 the petitioner shall file a brief
in support of his motion to reopen the petition for writ of habeas
corpus and that within fifteen days after the petitioner files his
brief the respondents shall file a brief in response.

J. Andrew Smyser
Magistrate Judge

Dated: May 25 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 25, 2001

Re:  1:00-cv-00978   Tooley v. Zimmerman

True and correct copies of the attached were mailed by the clerk
to the following:

Andrew Jarbola
District Attorney of Lackawanna County
200 N. Washington Ave
Scranton, PA  18503

John T. Drost, Esq.
Temple University School of Law
Room 616
1719 N. Broad Street
Philadelphia, PA  19122

Michael T. van der Veen, Esq.
Kats, Rovner and Associates
25 Bustleton Pike
Feasterville, PA  19053

Lisa A. Gillick, Esq.
Lackawanna Co. District Attorney's Office
200 North Washington Ave.
Scranton, PA  18503

cc:
Judge                       ( )              ( ) Pro Se Law Clerk
Magistrate Judge            ( )              ( ) INS
U.S. Marshal                ( )              ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Summons Issued              ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )

```
Standard Order 93-5        ( )
Order to Show Cause        ( )  with Petition attached & mailed certified mail
                                to:  US Atty Gen   ( )  PA Atty Gen ( )
                                     DA of County  ( )  Respondents ( )
Bankruptcy Court           ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____5/25/01_____          BY: _____
                                     Deputy Clerk