**ORIGINAL**

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK E. TOOLEY, | : | CIVIL NO. 1:00-CV-0978 |
| Petitioner | : | (Judge Caldwell) |
| VS. | : | (Magistrate Judge Smyser) |
| CHARLES H. ZIMMERMAN, THE DISTRICT ATTORNEY OF LACKAWANNA COUNTY and THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondents. | : | |

FILED JUN 1 2 2001 HARRISBURG, PA, DEPUTY CLERK

********************************************************************

### ENTRY OF APPEARANCE

********************************************************************

TO THE CLERK OF COURT:

Kindly enter my appearance for Petitioner in the above entitled case as co-counsel for Petitioner with Michael T. van der Veen, Esquire.

LEVY & PREATE

By _____
Ernest D. Preate, Jr., Esquire
Suite 600, Scranton Electric Building
507 Linden Street
Scranton, PA 18503
(570) 346-3816

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I, ERNEST D. PREATE, JR., Esquire, have as of this date served a true and correct copy of the foregoing ENTRY OF APPEARANCE by depositing the same in the United States Mail, postage prepaid on this the __8th__ day of June, 2001 on:

Michael T. van der Veen, Esquire
25 Bustleton Pike
Feasterville, PA 19053

Mike Fisher
Attorney General of Pennsylvania
Office of Attorney General
Strawberry Square, 16th Floor
Harrisburg, PA 17120

Andrew Jarbola
District Attorney of Lackawanna County
200 N. Washington Avenue
Scranton, PA 18503

Raymond Colleran, Superintendent
Successor to Charles Zimmerman
SCI-Waymart
P.O. Box 256, Route #6
Waymart, PA 18472

s/ Ernest D. Preate, Jr.
Ernest D. Preate, Jr., Esquire
Suite 600
Scranton Electric Building
507 Linden Street
Scranton, Pennsylvania 18503
(570) 346-3816