UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

cc: vanderveen, SG Rg & Denise

1:CV-00-978

*J. Caldwell*

RECEIVED JUN 18 2001
MARY E. D'ANDREA, CLERK

### PETITION

I  Michael T. van der Veen , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is: 517 Anthonys Drive, Exton, PA

Residence Telephone: (610)3639581

My office address is: 25 Bustleton Pike, Feasterville, PA

Office Telephone: (215)3969001

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

The Supreme Court of Pennsylvania, The Supreme Court of Illinois, US Court for the Eastern District of Pennsylvania, US Court for the Central District of Illinois, US Court for the Northern District of Illinois, US Court for the Northern District of Indiana, US Court of Appeals 3rd Circuit, US Court of Appeals 7th Circuit

My attorney Identification number is: 75616 .

FILED
HARRISBURG, PA
JUN 20 2001
MARY E. D'ANDREA, CLERK
PER _____

**FOR COURT USE ONLY**

GENERAL ADMISSION:

BEFORE JUDGE _____  Date: _____
         U.S. DISTRICT JUDGE

SPECIAL ADMISSION:

GRANTED: *[signature]*                     Date: 6/19/01
         U.S. DISTRICT JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

_____ None _____

_____

_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)

I do ____, do not __x__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: _____

_____

I am seeking:

____ General Admission under Local Rule LR 83.8

__x__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 __x__

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: I am the member of the bar in good standing in every jurisdiction, where admitted and am requesting admission only for purpose of assisting my client, Fred Tooley, in his habeas petition

ALSO NAME THE PARTY YOU REPRESENT:

FRED TOOLEY

If special admission is requested for a particular case, please list case number and caption:

Case #          00-CV-0978

Caption # _____

I understand that:

    1)    If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

    2)    If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

    3)    If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

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
_____
(Social Security Number)

6/12/01
_____
(Date)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideals:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my clients and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

_____
Signature