UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FREDERICK E. TOOLEY,         :   CIVIL NO. **1:00-CV-0978**
                             :
        Petitioner           :   (Judge Caldwell)
                             :
    v.                       :   (Magistrate Judge Smyser)
                             :
CHARLES H. ZIMMERMAN,        :
THE DISTRICT ATTORNEY OF     :
LACKAWANNA COUNTY and        :
THE ATTORNEY GENERAL OF THE  :        FILED
COMMONWEALTH OF PENNSYLVANIA,:     HARRISBURG, PA
                             :
        Respondents          :       JUL 02 2001

                                MARY E. D'ANDREA, CLERK
                                Per _____
                    ORDER              Deputy Clerk

    **IT IS ORDERED** that Respondents' Motion for Approval of the Filing of a Brief Exceeding Fifteen Pages in Opposition to Petitioner's Motion to Reopen Judgment (Doc. 21) is **GRANTED**. The Clerk shall file the respondents' 27 page brief in opposition to petitioner's motion to reopen judgment that was submitted with the motion for approval on June 22, 2001.

 

                                         _____
                                         J. Andrew Smyser
                                         Magistrate Judge

Dated:  July  2 , 2001.

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 2, 2001

Re: 1:00-cv-00978    Tooley v. Zimmerman

True and correct copies of the attached were mailed by the clerk to the following:

    Andrew Jarbola
    District Attorney of Lackawanna County
    200 N. Washington Ave
    Scranton, PA  18503

    John T. Drost, Esq.
    Temple University School of Law
    Room 616
    1719 N. Broad Street
    Philadelphia, PA  19122

    Michael T. van der Veen, Esq.
    Kats, Rovner and Associates
    25 Bustleton Pike
    Feasterville, PA  19053

    Dawn M. Riccardo, Esq.
    Suite 600, Scranton Electric Building
    507 Linden Street
    Scranton, PA  18503

    Lisa A. Gillick, Esq.
    Lackawanna Co. District Attorney's Office
    200 North Washington Ave.
    Scranton, PA  18503

```
cc:
Judge                              ( )           ( ) Pro Se Law Clerk
Magistrate Judge                   ( )           ( ) INS
U.S. Marshal                       ( )           ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen    ( )   PA Atty Gen ( )
                                             DA of County   ( )   Respondents ( )
Bankruptcy Court                   ( )
Other_____            ( )
                                                    MARY E. D'ANDREA, Clerk


DATE:  7/8/01                               BY: _____
                                                    Deputy Clerk
```